# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRUSTEES OF THE BRICKLAYERS & ALLIED )
CRAFTWORKERS LOCAL 13 DEFINED )
CONTRIBUTION PENSION TRUST FOR ) Case No. 2:10-cv-00302-RLH-PAL
SOUTHERN NEVADA, et al., )
 ) **ORDER**
 )
 Plaintiff, ) (Mtn to Withdraw - Dkt. #19)
 )
vs. )
 )
T&T TILE AND STONE, INC., et al., )
 )
 Defendants. )
_____ )

This matter is before the court on a Motion to Withdraw as Counsel of Record (Dkt. #19). R. Duane Frizell, Jonathan C. Callister and the law firm Callister & Frizell seek to withdraw as counsel of record for Defendant Monica Tuller. The Motion represents that there has been a breakdown in communication with Defendant Tuller, but counsel does not wish to disclose the particulars of the dispute in order to preserve the attorney-client privilege. Counsel assert that Defendant Tuller has been notified of counsel's intent to withdraw.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Motion to Withdraw as Counsel for Plaintiffs (Dkt. #19) is GRANTED.
2. Defendant Tuller shall have until **August 23, 2010** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that she will be appearing in this matter *pro se*.

///

3. Defendant Tuller's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that she will be appearing in this matter *pro se* may result in the imposition of sanctions.

4. The Clerk of the Court shall serve Defendant Tuller with a copy of this order at her last known address:

Monica Tuller
3648 Crestview Dr.
Las Vegas, NV 89123

Dated this 22nd day of July, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE