# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS, & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FUND, *et al.*,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>T&T TILE AND STONE, INC., a Nevada corporation; MICHAEL R. TROUT, individually; MONICAL TULLAR, individually,<br><br>　　　　　　Defendant(s). | Case No. 2:10-cv-0302-RLH-PAL<br><br>**O R D E R**<br>(Motion for Default Judgment–#23) |

Before the Court is Plaintiffs' Motion for Default Judgment Against T&T Tile and Stone, Inc. and Michael R. Trout (#23, filed August 17, 2010). Good cause appearing as articulated in the motion, and for the reasons stated there in,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Default Judgment Against T&T Tile and Stone, Inc. and Michael R. Trout (#23) is GRANTED and Judgment will be entered forthwith.

Dated: August 30, 2010.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**Roger L. Hunt**
　　　　　　　　　　　　　　　　　　**Chief United States District Judge**