# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

| | |
|---|---|
| Trustees of the Bricklayers & Allied Craftworkers Local 13 Defined Contribution Pension Trust for Southern Nevada et al | **DEFAULT** **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| V. | |
| T&T Tile and Stone Inc et al | Case Number: 2:10-CV-0302 RLH-PAL |
| Defendants. | |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff's Motion for Default Judgment against T&T Tile and Stone Inc and Michael R. Trout is GRANTED and Judgment is entered for Plaintiff and against Defendants.

| August 31, 2010 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Eileen Sterba |
| | (By) Deputy Clerk |