UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FUND, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> T & T TILE AND STONE, INC,, a Nevada corporation; MICHAEL R. TROUT, individually; MONICAL TULLAR, individually, <br><br> Defendants. | CASE NO.:   2:10-cv-0302-RLH-PAL <br><br> **JUDGMENT** |

Upon application by Plaintiffs herein for a default judgment pursuant to Fed. R. Civ. P. 55(b)(2) and it appearing to the Court that the default of Defendants T & T Tile and Stone, Inc. and Michael R. Trout, individually, was entered on April 19, 2010 in the office of the Clerk of this Court; and no proceedings have been taken by such Defendants since default was entered,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of Plaintiffs TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND;

BRICKLAYERS AND ALLIED CRAFTWORKERS, LOCAL 13, NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS INTERNATIONAL HEALTH FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS INTERNATIONAL ANNUITY FUND and TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS INTERNATIONAL MASONRY INSTITUTE, and against Defendants T & T TILE AND STONE, INC. and MICHAEL R. TROUT, jointly and severally, in the following amounts:

| | |
|---|---|
| Unpaid monthly contributions (including unpaid dues check-off) (September, 2009 through March, 2010) | $ 23,361.11 |
| Liquidated damages for unpaid monthly contributions (September, 2009 through March, 2010) | $ 4,146.78 |
| Pre-Judgment interest for unpaid monthly contributions | $ 2,317.96 |
| Audit fees | $ 3,715.25 |
| Attorneys fees | $ 13,778.24 |
| Costs | $ 1,156.40 |
| **Total Judgment Amount** | **$ 48,475.74** |

Post-judgment interest shall accrue at the contracted interest rate of 14% on the Total Judgment Amount.

Dated: September 1, 2010

_____
UNITED STATES DISTRICT JUDGE

2