**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
ANTHONY W. STIRLING, Nevada State Bar No. 9462
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
           astirling@theurbanlawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>                    Plaintiffs,<br><br>vs.<br><br>T & T TILE AND STONE, INC., a Nevada corporation; MICHAEL R. TROUT, individually; and MONICA TULLAR, individually,<br><br>                    Defendants. | CASE NO: 2:10-cv-0302-RLH-PAL<br><br>**MOTION FOR ORDER TO VACATE JUDGMENT DEBTOR EXAMINATION OF DEFENDANT RUBEN VASQUEZ ; and**<br><br>**ORDER**<br><br>Date:  October 22, 2010<br>Time: 9:15 a.m. |

Plaintiffs in the above entitled action hereby request an order vacating the judgment debtor examination of MICHAEL R. TROUT currently scheduled for October 22, 2010, at 9:15 a.m., and taking the examination off calendar.

2570                                       1

1  The reason for the request is that Plaintiffs have been unable to serve Defendant/Judgment Debtor Michael R. Trout with the Court's September 20, 2010, Order for Judgment Debtor Examination.

Dated: October 11, 2010                    **THE URBAN LAW FIRM**

*/s/ Anthony W. Stirling*
MICHAEL A. URBAN, Nevada State Bar No. 3875
ANTHONY W. STIRLING, Nevada Stat Bar No. 9462
*Counsel for Plaintiffs*

### ORDER

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that the previous Order of this Court filed September 15, 2010, for the examination of MICHAEL R. TROUT and requiring the appearance of MICHAEL R. TROUT on October 22, 2010, is vacated, and the examination has been taken off calendar.

Dated: October 15, 2010

UNITED STATES DISTRICT COURT JUDGE

Submitted by:

**THE URBAN LAW FIRM**

By: */s/ Anthony W. Stirling*
MICHAEL A. URBAN, Nevada State Bar No. 3875
ANTHONY W. STIRLING, Nevada Stat Bar No. 9462
*Counsel for Plaintiffs*

2570

2